**<u>NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER</u>**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000042
31-OCT-2022
08:23 AM
Dkt. 69 OAWST**

NO. CAAP-20-0000042


IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI


STATE OF HAWAII, Plaintiff-Appellant, v.
JUSTIN KAUAKAHI, Defendant-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO.  5CPC-19-0000230)


<u>ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL</u>
(By:  Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)


Upon consideration of the Stipulation for Dismissal of Appeal (**Stipulation**), filed October 20, 2022, by Plaintiff-Appellant State of Hawaiʻi, (**State**), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), the parties stipulate to dismiss the appeal;  (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved, and the appeal is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, October 31, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge